IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                             November 8, 1999

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge


SEA-LAND SERVICE, INC.

vs                                                  CIVIL 98-1855CCC

STAR MEAT, INC.


By order of the Court, the Motion for Withdrawal of Legal Representation (**docket entry 13**) is GRANTED. The Clerk of Court and parties to take notice of paragraphs 2 and 3. Parties to be notified.

                                              ⁓- Secretary

s/c: L. Torres
     E. Peral